1  STEVEN G. KALAR
2  Federal Public Defender
   ELLEN V. LEONIDA
3  Assistant Federal Public Defender
4  450 Golden Gate Avenue, 19th floor
   San Francisco, CA 94102
5  Telephone: (415) 436-7700
6  Facsimile: (415) 436-7706
   Email: ellen_leonida@fd.org
7
8  Counsel for Defendant,
   ISMAEL MARTINEZ
9
10          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            CR 19-650 RS
14                      PLAINTIFF,
15          v.                           DEFENDANT'S SENTENCING MEMORANDUM
16                                        HONORABLE RICHARD SEEBORG
    ISMAEL MARTINEZ,                      DATE: FEB. 4, 2020
17                      DEFENDANT.        TIME: 2:30 P.M.
18

19          Ismael Martinez joins the government in requesting a sentence of credit for time served

20  pursuant to his Federal Rule of Criminal Procedure 11(c)(1)(A) and 11(c)(1)(B) plea agreement.

21  Mr. Martinez is 21 years old and homeless. He has no criminal record. On November 13, 2019,

22  he offered to sell a cocaine to an undercover officer in the Tenderloin. He was arrested and found

23  in possession of several small bindles of drugs. Despite his youth, despite the fact that he had no

24  criminal record, and despite the scale of his crime, Mr. Martinez was charged with a felony in

25  federal court. He was not afforded the opportunity to participate in a diversion program or any

26  of the other rehabilitative options that would be available in state court for a young, first-time,

27

28  CR 19-650 RS
    Defendant's Sentencing Memorandum
                                        1

low-level offender. The 48 days he will have spent in custody on the day he is sentenced constitute his longest (and only) jail sentence. He is almost certainly going to be deported upon his release. A sentence of credit for time served is thus sufficient, but not greater than necessary, to serve the goals of 18 U.S.C. § 3553(a) in this case.

Dated: January 29, 2020

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender


_____/S/_____
ELLEN V. LEONIDA
Assistant Federal Public Defender